4th Court of Appeals
SAN ANTONIO, TX

Relates
12-195-CV

In Re:
R Wayne Johnson,
    Relator,
VS:
Keith Wms-216th
Gillespie County,
    Respondent

\*

# 12,810
216th -

Cause NO:

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 JAN 12 AM 11:52
Keith E. Hottle

PRO-Se:
\* Petition For Writ of MANDAMUS \*

To The Court:

Respondents VOID order attached: "NO authority to enforce Another courts order, By contempt:" In Re Reece, 341 SW3d 360-90 (TX),- GABall, 968 SW2d 929 (TX), In Re BAYS, 355 SW3d 715-22 "enforce own orders only.." Shultz, 810 SW2d 738 (TX):

Jurisdiction: 22.221(b) Gov Code: See research attached (due to lack of paper).. order violates public policy.. (due to crimes: 38.12,-36.04..

(1)

1) Judge violated Discip Rule 5.05(b)- "lawyer shall not Assist a person not a Bar member in unauthorized practice of law."

A) "shall not ABuse legal procedures." Rule 3.01 (Bad-faith use judicial process"). In Re Bennett 960 SW2d 35 (Tx).

B) In Re Bell, 894 SW2d 119 - use office in manner Judge Knows is Beyond legitimate 33.033 GouCode (SANCtions).

C) In Re Lowery, 999 SW2d 639 - 59 - "legal errors not immune from discipline." (Judicial Ethics - Sect 6.10) In Re Rose, 144 S, W3d 661-708 -

D) Joe, 60 SW3d 896-906 - Dis. Ru. 8.101(A)- "public atty shall not obtain special Advantage for self - client, not in public interest..." (Rule 8.04(3) "fraud, deceit, misrepresentation-.")..

E) Rosenthal, 98 SW3d 190-216 (Ftn# - - "Judges not at freedom To violate the laws." Healy, 884 SW2d 772-74

(2)

2) Pursuant to Canon 3(D)(1) - "Judge. has Knowledge of Another Judges violation - shall report to Comm Judicial conduct."

A) 3(D)(2) (attys): "if Judge has knowledge of a lawyers violation of St Bar Disciprule he shall refer him to chief Counsel St Bar.." (Their listed ABOVE): 5.05(b) - 8.101(A) - 8.04, - 3.01, - were violated..

B) Crain: attached: (VOID Act if not attorney) 8.101(A) - "...not in public interest; Against public policy to Allow crimes: 38.12, -36. 04.. (ditto)!

Wherefore: Court duty Bound to vacate ORDER attached, - duty as Judges to "refer Wms to Comm Jud Conduct, - 3(D)(1) - 3(D)(2) - "refer to St Bar disciplinary" - (that's criminal contempt) In Re: Judge Reed, 901 SW2d 601 (violate order) -. As well as atty Jana C. Wms - (on Writ) Suit

I declare all in true 28 USC 1746 Rule 52.(j) all facts supported ALSO

Respectfully, RWayne Johnson 282756 Clements Unit 9601 SPUR-591 Amarillo, TX 79107-9606

(3)

No. 12,810

| | | |
|---|---|---|
| R. WAYNE JOHNSON,<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| v. | §<br>§ | GILLESPIE COUNTY, TEXAS |
| ELROY GARCIA AND<br>JAMES ALLISON<br>Defendants. | §<br>§<br>§ | 216th JUDICIAL DISTRICT |

ORDER OF DISMISSAL     *Criminal Contempt*

*No One Present !*

On this day, the Court finds Plaintiff R. Wayne Johnson failed, within ten days of the filing of Notice that Plaintiff is a Vexatious Litigant (filed September 7, 2011), to obtain an Order from a local administrative judge, pursuant to § 11.102 of the Texas Civil Practice and Remedies Code, permitting the filing of this lawsuit.

Therefore, it is ORDERED that Plaintiff take nothing by this suit and that this case is DISMISSED WITH PREJUDICE. This is a final order that disposes of this entire case. All relief not specifically granted is denied.

The Court also finds that Plaintiff is in violation of Court Orders requiring that he pay sanctions in the amount of $400.00 to the Texas Attorney General's Office as a prerequisite to filing. Thus, it is FURTHER ORDERED that Plaintiff is held in CONTEMPT OF COURT pursuant to Texas Civil Practice and Remedies Code § 11.101(b) and shall be subject to the following penalty: $400 ～.

SIGNED on ___October 11___, 2011.

_____
JUDGE PRESIDING

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL RECORD ON FILE IN THIS OFFICE.

DATED October 18 2011
JAN DAVIS, DISTRICT CLERK
GILLESPIE COUNTY, TEXAS

BY_____ DEPUTY

FILED
At 3:15 O'clock P M

OCT 1 1 2011

JAN DAVIS
DISTRICT CLERK
GILLESPIE COUNTY, TEXAS
B. _____ Deputy

PRO-Se VOID: "ANY Act taken By a person not an attorney _ taken that Act constitutes Unauthorized practice of law is VOID - NO effect."

Discip Rule 5,05(b) "lawyer Shall not Assist a person not a Bar member in unauthorized Practice of law."

81.101 Gov Code - "... ANY services requiring Use of legal skills or Knowledge - including Advice.."
Naylo These 991 SW2d 768 (TX) - "Lay persons - entities Excluded from practice of law." RABB, 346 SW3d (AND) UPLC, 261 SW3d 24-33 (TX)  81.061 Gov Code - 81.011 "AID JUDICIARY"

5.12-0015
(4-12-00034)

(Judge violated this court's own order-
In Re Reed 901 SW2d 601 (TX #1262
Judge
order) - (of Appeals)
Shall, 810 SW3d 13 8(TX) - "Enforce own
3d-715-23("courts only Enforce own orders")
968 SW2d 49 9(TX) - In Re Bays 84 95,3 555W
order - by contempt." In Re Gabe
In Re Reed, 341 SW3d 360-90 (TX) -
"No Authority to Enforce another court's

Hagen, 282 SW3d 899 - "VOID is nolity, - not
BIND either party.."

* Beyond Statute VOID; Reece, 341 SW3d
360-91 (TX); MCI, 329 SW3d 475-504 (TX)-
Best Buy, 395 SW3d 847-67, - Rosser, 902 SW
2d 962 (TX); Kidd, 794 SW2d 556, - WADE, 724 S.
W2d 141;

* Patrick, 86 SW3d 592 (CCA); "Beyond statute
(Not met), - NO Jurisdiction." (ART 64.01(C);
* Best Buy, 867; "when statute clearly lim-
its relief, in given situation - ANY relief oth-
er than, Authorized By statute is VOID.."
* Rosenthal, 98 SW3d 198 - at 215; FN#43 - "Juris-
diction conferred by statute.." Lipple, 98 SW
3d 225 - (NOA - Not met Rule 25.2 - .. ) ..

* Phillips, 109 SW3d 562 - (67 TX Jur, 3d, Stat-
utes, Sect: 116." "if not iN statute, persons,
thing, consequences, Expressly Excluded.. "
* 81, 101 Gov Code, - (81.102 Gov Code), - 81.06 Gov
Code: "LAY persons, - AGENCIES Excluded from
practice of law.." VPLC - 261 SW3d 24-36 (TX)
RABB, 346 SW3d 208-211 -
Crain, 22 SW3d 58-61 - "ANY act taken By a
person Not AN Atty, when that Act constitut-
es Unauthorized practice law, is VOID -
No effect.."

* (1) *

In Re Castro, 998 SW2d 935 - "failed to Advise him of right to an atty conferred by statute (Family Code 157.163) order By Judge was VOID." Archer, 949 SW2d 314 (Tx): Gonzalez, 945 SW2d 830 (article 1.051 CCP, - Applies to contempt..):

(Crimes) & Pro-se: Barratry 38.12 Penal Code "files a suit personhas No authority - to PURSUE.."

* 36.04 Improper Influence - " maker entreaty, ARgument, to a public SERVant) who will exercise discretion with intent to influence the outcome (b) Adjudicatory proceedings -oR.. ANY court.. "'

Ross, 108 SCt 2273 - "when one does not recieve all that is allowed By state laws, due process is denied"

⊗ VOIDs order. 81.101 Gov Code (violated - 81.102 Gov Code, - 36.04, 38.12)

(2)

Rumyie Johnson 282756
9601 Spur 591- Clements
Amarillo, Tx 79107-9606
Unit

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN 12 AM 11:45

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Court of Appeals
4th;
300 Dolorosa Suite 3200
San Antonio, Tx 78205-3037

PRIVILEGED DOCUMENT
NOT ...

... ...TIONAL
INSTITUTIONS DIVISION